

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00036-CR

Gilbert **ARGUELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3114
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ANGELINI

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED April 20, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice